IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 21 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| GLORIA HARMON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS and JOHN DOE COMPANIES 1 through 5,<br><br>　　　　Defendants. | CV 19-121-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 19), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of August, 2020.

　　　　　　　　　　　　　　　_/s/ Susan P. Watters_
　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE